FILED

07 NOV 28 PM 5:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___PDL___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07 CR 3207 DMS |
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ELFEGO ARCE-MARTINEZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about November 2, 2007, within the Southern District of California, defendant ELFEGO ARCE-MARTINEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CPH:nlv:San Diego
11/27/07

1 | It is further alleged that defendant ELFEGO ARCE-MARTINEZ was
2 | removed from the United States subsequent to January 9, 1991.
3 | DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

2