1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Elfego Arce-Martinez

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,    ) | CASE NO. 07CR3207-DMS
                                  )
12 |        Plaintiff,             ) | DATE:   January 11, 2008
                                  ) | TIME:   11:00 a.m.
13 | v.                            )
                                  ) | NOTICE OF MOTION AND MOTION TO:
14 | **ELFEGO ARCE-MARTINEZ,**     )
                                  ) | 1)  DISMISS THE INDICTMENT DUE TO
15 |        Defendant.             ) |     IMPROPER GRAND JURY
                                  ) |     INSTRUCTION
16                                 )
                                  )
17                                 )
                                  )
18 _____)

19 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:
20

21      PLEASE TAKE NOTICE that, on January 11, 2008, at 11:00 a.m., or as soon thereafter as counsel

22 may be heard, defendant Elfego Arce-Martinez, by and through his attorneys, Jennifer L. Coon and

23 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

24 //

25 //

26 //

27 //

28 //

**MOTION**

Defendant Elfego Arce-Martinez, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Dismiss the Indictment Due to Improper Grand Jury Instruction.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:   December 28, 2007            */s/ Jennifer L. Coon*
**JENNIFER L. COON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Arce-Martinez