1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Elfego Arce-Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,          )    CASE NO. 07CR3207-DMS
                                       )
12            Plaintiff,               )    DATE:      January 11, 2008
                                       )    TIME:      11:00 a.m.
13  v.                                 )
                                       )    NOTICE OF MOTIONS AND MOTIONS TO:
14  **ELFEGO ARCE-MARTINEZ,**          )
                                       )    1)    PRESERVE EVIDENCE AND COMPEL
15            Defendant.               )          DISCOVERY;
                                       )    2)    DISMISS THE INDICTMENT DUE TO
16                                     )          FAILURE TO ALLEGE ESSENTIAL
                                       )          ELEMENTS OF THE OFFENSE;
17                                     )    3)    DISMISS THE INDICTMENT BECAUSE
                                       )          THE CHARGING STATUTE IS
18                                     )          UNCONSTITUTIONAL; AND
                                       )    4)    GRANT LEAVE TO FILE FURTHER
19  _____  )          MOTIONS

20

21  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:
22

23        PLEASE TAKE NOTICE that, on January 11, 2008, at 11:00 a.m., or as soon thereafter as counsel

24  may be heard, defendant Elfego Arce-Martinez, by and through his attorneys, Jennifer L. Coon and

25  Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

26  //

27  //

28  //

## MOTIONS

Defendant Elfego Arce-Martinez, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)    Preserve Evidence and Compel Discovery;

(2)    Dismiss the Indictment Due to Failure to Allege Essential Elements of the Offense;

(3)    Dismiss the Indictment Because the Charging Statute is Unconstitutional; and

(4)    Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:    December 28, 2007            _/s/ Jennifer L. Coon_____
                                       **JENNIFER L. COON**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Arce-Martinez

2