1  **JENNIFER L. COON**
   California State Bar No. 203913
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467
4  Email: jennifer_coon@fd.org

5  Attorneys for Mr. Arce-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3207-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| ELFEGO ARCE-MARTINEZ, | ) | JOINT MOTION FOR CONTINUANCE OF MOTION HEARING DATE |
| Defendant. | ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the motion hearing currently scheduled for February 22, 2008, at 11:00 a.m., be continued to March 7, 2008, at 11:00 a.m., before the Honorable Dana M. Sabraw.

Respectfully submitted,

DATED: February 11, 2008        /s/ JENNIFER L. COON
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant Arce-Martinez
                                jennifer_coon@fd.org

DATED: February 11, 2008        /s/ CHRISTOPHER M. ALEXANDER
                                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

> Courtesy Copy Chambers
>
> Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing
>
> Copy Defendant

Dated: February 12, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)