UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3207-DMS |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| ELFEGO ARCE-MARTINEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for February 22, 2008, at 11:00 a.m., be continued to March 7, 2008, at 11:00 a.m.

**SO ORDERED.**

DATED: February 12, 2008

_____
HON. DANA M. SABRAW
United States District Judge

1