1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Elfego Arce-Martinez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3207-DMS |
| 12        Plaintiff, | ) ) | DATE:  March 7, 2008 |
| | ) | TIME:  11:00 a.m. |
| 13 v. | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 **ELFEGO ARCE-MARTINEZ,** | ) ) | 1) DISMISS THE INDICTMENT DUE TO INVALID DEPORTATION; |
| 15        Defendant. | ) ) | 2) TO SUPPRESS STATEMENTS; AND |
| 16 | ) ) | 3) GRANT LEAVE TO SUPPLEMENT MOTIONS AND TO FILE FURTHER MOTIONS |
| 17 | ) ) | |

19 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

21     PLEASE TAKE NOTICE that, on March 7, 2008, at 11:00 a.m., or as soon thereafter as counsel may

22 be heard, defendant Elfego Arce-Martinez, by and through his attorneys, Jennifer L. Coon and

23 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

24 //

25 //

26 //

27 //

28 //

**MOTIONS**

1  
2    Defendant Elfego Arce-Martinez, by and through his attorneys, Jennifer L. Coon and
3   Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the
4   Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order
5   to:
6    (1)    Dismiss the Indictment Due to Invalid Deportation;
7    (2)    Suppress Statements; and
8    (3)    Grant Leave to Supplement Motions and to File Further Motions.
9    These motions are based upon the instant motions and notice of motions, the attached statement of
10  facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any
11  and all other materials that may come to this Court's attention prior to or during the hearing of these motions.
12                                      Respectfully submitted,
13  
14  DATED:    February 22, 2008          */s/ Jennifer L. Coon*
                                         **JENNIFER L. COON**
15                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Mr. Arce-Martinez