# EXHIBIT A

OMB #1115-0132

**U.S. Department of Justice**
Immigration and Naturalization Service

**Application for Waiver of Grounds of Excludability**
(Sec. 245A or Sec. 210 of the Immigration and Nationality Act)

Please begin with item #1, after carefully reading the instructions.

The block below is for *Government Use Only.*  8-24-87

| Name and Location (City or Town) of Qualified Designated Entity | Fee Stamp |
|---|---|
|  | 35- |
|  | Fee Receipt No. (This application) XES87-039-0009 |
| Qualified Designated Entity I.D. No. | File No. (This applicant) A-90885092 |

Applicant: Do not write above this line. See instructions before filling in application. If you need more space to answer fully any question on this form, use a separate sheet and identify each answer with the number of the corresponding question. Fill in with typewriter or print in block letters in ink.

1. Family Name (Last Name in CAPITAL Letters) (First Name) (Middle Name)
   ARCE-MARTINEZ, Elfego

2. Date of Birth (Month/Day/Year)
   8/3/55

3. Address (No. and Street) (Apt. No.) (City/Town) (State/Country) (ZIP/Postal Code)
   319 Garfield Street, Oceanside, California 92054

4. Place of Birth (City or Town and County, Province or State) (Country)
   Altamirano Guerrero Mexico

5. Social Security Number

6. Date of visa application (Month/Day/Year)—for: ☐ Permanent ☐ Temporary Residence

7. Visa applied for at:

8. I am inadmissable under Section(s):
   ☐ 212 (a) (1)   ☐ 212 (a) (6)   ☐ 212 (a) (19)
   ☐ 212 (a) (3)   ☐ 212 (a) (12)  ☒ Other 212 (a) Specify Section ( 17 )

9. List reasons of excludability; if active or suspected tuberculosis, the reverse of the page must be completed.
   Reentry within 5 yrs after arrest and deportation.

10. List all immediate relatives in the United States (parents, spouse and children):

| Name | Address | Relationship | Immigration Status |
|---|---|---|---|
| Petra | 319 Garfield St., Oceanside CA. 92054 | Wife | 245A |
| Jaime | " | Son | " |
| Eugenio | " | Son | " |

11. I should be granted a waiver because: (Describe family unity considerations or humanitarian or public interest reasons for granting a waiver). If more space is needed attach an additional sheet. I have two (2) U.S. born citizen children and my spouse was approved for 245A. Denial will result in family separation. Also, my wife is expecting momentarily.

12. Applicant's Signature
    ELFEGO ARCE

13. Date (Month/Day/Year)
    8-24-87

**I&NS USE ONLY**
Recommended by: (Print or Type Name and Title) Scott Nay  Examiner   Date 4/13/88
Signature SNay   I.D.# 19   Director, Regional Processing Facility

140

Form I-690 (02/14/87)

| U.S. Department of Justice | Application for Temporary Resident Status as a | OMB #1115-0131 |
| --- | --- | --- |
| Immigration and Naturalization Service | Special Agricultural Worker (Section 210 of the Immigration and Nationality Act) | |

Please begin with item #1, after carefully reading the instructions.  The block below is for *Government Use Only.*  8/12/87

**Name and Location (City or Town) of Qualified Designated Entity**

**Fee Stamp**

185—

Fee Receipt No. (This application)  XESP7-031-0005

Principal Applicant's File No.  A -

**Qualified Designated Entity I.D. No.**

File No. (This application)  A -  A90885092

Applicant: Do not write above this line. See instructions before filling in application. If you need more space to answer on this form, use a separate sheet and identify each answer with the number of the corresponding question. Fill in with typewriter or print in block letters in ink.

**1. I hereby apply for status as indicated by the block checked below (check block A or B).**

☒ A  Group I: Temporary Residence as an alien who has performed seasonal agricultural services in the U.S. for at least 90 days during each of the 12 month periods ending on May 1, 1984, 1985, and 1986.

☐ B  Group II: Temporary Residence as an alien who has performed seasonal agricultural services in the U.S. for at least 90 days during the 12 month period ending on May 1, 1986.

**2. Family Name** (Last Name in CAPITAL Letters)  (First Name)  (Middle Name)
ARCE-Martinez,  Elfego

**3. Date of Birth** (Month/Day/Year)
8/3/55

**4. Other Names Used or Known by** (Including maiden name, if married)
Elfego Arce

**5. Telephone Numbers** (Include Area Codes)
Home: (619) 967-8951
Work: (619) 485-7866

**6. Address** (No. and Street) (Apt. No.) (Town or City) (State/Country) (ZIP/Postal Code)
319 Garfield Street  Oceanside  CA  92054

**7. Last Address outside the U.S.** (City or Town) (County, Province or State) (Country)
Altamirano  Guerrero  Mexico

**8. Sex** ☒ Male  ☐ Female

**9. Race** ☐ Asian or Pacific Islander  ☐ Black, not of Hispanic origin  ☐ Other (specify below)
☒ Hispanic  ☐ White, not of Hispanic origin

**10. Marital Status** ☐ Never Married  ☐ Divorced  ☒ Now Married  ☐ Separated  ☐ Widowed

**11. Country of Citizenship**
Mexico

**12. Place of Birth** (City or Town) (County, Province or State) (Country)
Arroyo del Picacho  Guerrero  Mexico

**13. Have you previously applied for temporary residence as a Special Agricultural Worker?**
☒ No  ☐ Yes (if "Yes" give date, place of filing, and final disposition, if known)

**14. Do you have any other record with I&NS?**
☐ No  ☒ Yes [If "Yes" give number(s)]
A - 24 739 227
Other _____

**15. When did you last come to the U.S.?** (Month/Day/Year)
01-01-1974

**16. Manner of Entry** (Visitor, Student, Crewman, etc.)
☐ With visa (visitor, student, etc.) specify _____
☒ Without visa

**17. Place of Last Entry**
☐ U.S. Port of entry (City and State) _____
☒ Border - Not through port (State)  SYS - CA

**18. List all Social Security Numbers used.**
(1) [redacted]  (3)
(2) [redacted]  (4)

**19. Mother's Name** (Maiden) (Last) (First)  ☒ Living  ☐ Deceased (year) _____
MARTINEZ, Amadeo

**20. Father's Name** (Last) (First)  ☒ Living  ☐ Deceased (year) 144
ARCE, Ascension

Form I-700 (04/01/87)  Page 1

21. To assist in establishing the required residence, please list all affiliations or associations with clubs, organizations, churches, unions, businesses, etc.

| Name of Organization | Location | From (Month/Year) | To (Month/Year) |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

22. Fieldwork in perishable commodities from May 1, 1983 through May 1, 1986 (List most recent first). Information concerning employment in the United States is subject to corroboration by the employer.

| Name of Employer | Farm Name and Location (State and County) | From (Month/Year) | To (Month/Year) | Days Worked | Type of Field Work | Type of Crop | Documentation |
|---|---|---|---|---|---|---|---|
| Steve Bergquist | Pepper Tree Nursery Escondido-CA | 9/79 | Present | | Planting, Spray. | All type plants | of |
| | | | | | | | |

23. List all periods of residence in the United States since May 1, 1983 and means of support. Begin with your present address (attach an additional sheet if necessary).

| Street Name and Number (Apt. No.) | City | State and ZIP Code | Means of Support | From (Month/Year) | To (Month/Year) |
|---|---|---|---|---|---|
| 319 Garfield Street | Oceanside | CA  92054 | Working | 1984 | Present |
| 370 Pennsylvania | Escondido | CA  92025 | Working | 1979 | 1984 |
| | | | | | |

24. I ☐ have  I ☒ have not assisted in the persecution of any person or persons on account of race, religion, nationality, membership in a particular social group, or political opinion.

25. I ☐ have  I ☒ have not received public cash assistance from any source, including, but not limited to, the United States Government, any state, county, city or municipality. (If you have, explain; including the name(s) and Social Security number(s) used.)

26. I ☐ have  I ☒ have not been treated for a mental disorder, drug addiction or alcoholism.

27. I ☒ have  I ☐ have not been arrested, convicted or confined in a prison.

28. I ☐ have  I ☒ have not been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action.

Form I-700 (04/01/87)   Page 2

145

29. Applicants for status as Temporary Residents must establish that they are admissible to the United States. Except as otherwise provided by law, aliens within any of the following classes are not admissible to the United States and are therefore ineligible for status as Temporary Residents.
    A. Aliens who have committed or who have been convicted of a crime involving moral turpitude (does not include minor traffic violations).
    B. Aliens who have been engaged in or who intend to engage in any commercialized sexual activity.
    C. Aliens who are or at any time have been anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof.
    D. Aliens who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization:
        1) Opposition to organized government;
        2) The overthrow of government by force or violence;
        3) The assaulting or killing of government officials because of their official character;
        4) The unlawful destruction of property;
        5) Sabotage, or;
        6) The doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States.
    E. Aliens who intend to engage in activities prejudicial to the national interests or unlawful activities of a subversive nature.
    F. Aliens who, during the period beginning on March 23, 1933, and ending on May 8, 1945, under the direction of, or in association with:
        1) The Nazi government in Germany;
        2) Any government in any area occupied by the military forces of the Nazi government in Germany;
        3) Any government established with the assistance or cooperation of the Nazi government of Germany;
        4) Any government which was an ally of the Nazi government of Germany;
    ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion.
    G. Aliens who have been convicted of a violation of any law or regulation relating to narcotic drugs or marihuana, or who have been illicit traffickers in narcotic drugs or marihuana.
    H. Aliens who have been involved in assisting any other aliens to enter the United States in violation of the law.
    I. Aliens who have applied for exemption or discharge from training or service in the Armed Forces of the United States on the ground of alienage and who have been relieved or discharged from such training or service.
    J. Aliens who are mentally retarded, insane, or who have suffered one or more attacks of insanity.
    K. Aliens afflicted with psychopathic personality, sexual deviation, mental defect, narcotic drug addiction, chronic alcoholism or any dangerous contagious disease.
    L. Aliens who have a physical defect, disease or disability affecting their ability to earn a living.
    M. Aliens who are paupers, professional beggars or vagrants.
    N. Aliens who are polygamists or advocate polygamy.
    O. Aliens likely to become a public charge.
    P. Aliens who have been excluded from the United States within the past year, or who at any time within 5 years have been deported from the United States.
    Q. Aliens who have procured or have attempted to procure a visa by fraud or misrepresentation.
    R. Aliens who are former exchange visitors who are subject to but have not complied with the two-year foreign residence requirement.

Do any of the above classes apply to you?  ☐ No   ☒ Yes (If "Yes", explain on a separate sheet of paper.)

| 30. If your native alphabet is in other than Roman letters, write your name in your native alphabet. | 31. Language of native alphabet  Spanish |
|---|---|

| 32. Signature of Applicant – I CERTIFY, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I hereby consent and authorize the Service to verify the information provided, and to conduct police, welfare and other record checks pertinent to this application.  x ELFEGO ARCE | 33. Date (Month/Day/Year) |
|---|---|

| 34. Signature of person preparing form, if other than applicant. I DECLARE that this document was prepared by me at the request of the applicant and is based on all information on which I have any knowledge.  Sandra Webster | 35. Date (Month/Day/Year)  8/8/87 |
|---|---|

| 36. Name and Address of person preparing form, if other than applicant (type or print).  California Immigration Specialists  518 West Vista Way  Vista, CA 92083 | 37. Occupation of person preparing form  Secretary |
|---|---|

**QUALIFIED DESIGNATED ENTITY USE ONLY**

| 38. Reviewed by (Print or Type Name) | 39. Signature | 40. Date |
|---|---|---|
| | | |

**IMMIGRATION AND NATURALIZATION SERVICE USE ONLY**

| 41. Recommendation: Temporary Residence  ☐ Approved   ☒ Denied | 42. Waiver of Excludability under  Section 212 (a) __17__ is ☐ Approved | ☐ Denied |
|---|---|---|
| 43. Class of Admission | 44. Place of Adjustment | 45. Date of Adjustment |
| 46. Recommended by (Print or type Name and Title)  KEITH GERACE XES-07  LEGALIZATION ADJUDICATOR | 47. Signature  Keith Gerace | 48. ID No.  XES-07 | 49. Date  AUG 2 4 1987 |
| 50. Final Action: Temporary Residence  ☒ Approved   ☐ Denied | 51. Director  Regional Processing Facility | 52. ID No.  19 | 53. Date  4/13/88 46 |

Form I-700 (04/01/87)   Page 3

# EXHIBIT B

```
U.S. DEPARTMENT OF JUSTICE                  POSTAGE AND FEES PAID
IMMIGRATION AND NATURALIZATION              U.S. DEPARTMENT OF JUSTICE
LEGALIZATION OFFICE FACILITY                JUS-433
463 MIDWAY DRIVE
ESCONDIDO         CA    92027

                                                          DATE: 04/15/88
FILE NUMBER: 90885092   FEE RECEIPT NUMBER:     - - -
```

UPON CONSIDERATION, IT IS ORDERED THAT YOUR APPLICATION (I-700) FOR STATUS AS A TEMPORARY RESIDENT ALIEN UNDER SECTION 210(A)(2)(A) OF THE IMMIGRATION REFORM AND CONTROL ACT OF 1986 BE APPROVED.

YOU MUST GO TO THE LEGALIZATION OFFICE PRINTED ABOVE IN ORDER TO RECEIVE YOUR NEW I-688, TEMPORARY RESIDENT CARD. BRING THIS NOTICE, YOUR I-688A CARD, AND YOUR SOCIAL SECURITY NUMBER NOTIFICATION WITH YOU.

ANY FURTHER QUESTIONS YOU MAY HAVE SHOULD BE DIRECTED TO YOUR LOCAL LEGALIZATION OFFICE.

```
    ELFEGO ARCE-MARTINEZ               JOSEPH THOMAS
    319 GARFIELD ST                    DIRECTOR
    OCEANSIDE         CA   92054
                                       002687            I-692A(5-5-87)


PRIOR A-FILE(S):   24739227
```

167

# EXHIBIT C

# Memorandum



SND 92/5.2-C

| Subject | Date |
|---|---|
| # A90885092 Status Verification of Arco-Martinez, Elfego | Jan. 22, 1991 |

To: INV SND

From: Office of Deputy District Director, Reform San Diego, CA

The San Diego District Legalization Office has received your request for status verification regarding

A check of our LAPS computer system shows the case has been:

Granted - LAPR 12/1/89 - filed for temp res. 8/12/8,
Denied -   granted temp res. 4/14/88
Pending -  I-700 app.

Under the name(s) and/or A numbers listed below:

*Monica Pepi*
for VICKI B. QUAINTON
Deputy District Director,
Reform

Form G-2
(Rev. 1-2-80)

☆U.S. GPO: 1986-785-042/63005      FPI LOM

133

# EXHIBIT D

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA  92101-7904

In the Matter of:                       Case No.: A90-885-092
*S-ARCE-MARTINEZ, ELFEGO
                                        Docket: SAN DIEGO, CALIFORNIA

RESPONDENT                              IN DEPORTATION PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is deportable on the charge(s) in the Order to Show Cause.

Respondent has made no application for relief from deportation.

It is HEREBY ORDERED that the respondent be deported from the United States to                                           on the charge(s) containe

It is FURTHER ORDERED that if the aforenamed country advises the Attorney General that it is unwilling to accept the respondent into its territory or fails to advise the Attorney General within three months following original inquiry whether it will or will not accept respondent into its territory, respondent shall be deported to

If you fail to appear for deportation at the time and place ordered by the INS other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of five years after the date you were required to appear for deportation:

   (1)  Voluntary departure as provided for in section 242(b) of the Immigration and Nationality Act;
   (2)  Suspension of deportation or voluntary departure as provided for in section 244(e) of the Immigration and Nationality Act; and
   (3)  Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

ROBERT B. BARRETT
Immigration Judge
Date:  Jul 1, 1996

Appeal:  WAIVED  (A/I/B)

COPY

Form EOIR 7 - 4T
EBM

55

# EXHIBIT E

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

## ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## (ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

CDC #: E82452
REL DATE: 10/22/95

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
(En los trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)

United States of America:     File No. A90 885 092
(Estados Unidos de América.)     (No. de registro)

Dated: OCTOBER 17, 1995
(Fechada)

In the matter of: ARCE-MARTINEZ, ELFEGO     (Respondent)
(En el asunto de)     (Demandado)
Address     AKA:
(Dirección)
c/o CALIPATRIA STATE PRISON, 7018 BLAIR ROAD, CALIPATRIA, CA 92233

Telephone No. (Area Code)
(No. de teléfono y código de área)

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)

1) You are not a citizen or national of the United States;
   (Ud. no es ciudadano o nacional de los Estados Unidos)

2) You are a native of MEXICO and a citizen of MEXICO ;
   (Ud. es nativo de) (y ciudadano de)

3) You entered the United States at or near SAN YSIDRO, CA. on or about MARCH 1986 ;
   (Ud. entró a los Estados Unidos en o cerca de) (el día o hacia esa fecha)

4. YOU WERE, NOT THEN INSPECTED BY AN IMMIGRATION OFFICER.
   (UD. NO FUE INSPECCIONADO, ENTONCES, POR UN FUNCIONARIO DE INMIGRACION.)

5. ON DECEMBER 01, 1989, YOUR STATUS WAS ADJUSTED TO LAWFUL PERMANENT RESIDENT.
   (EN EL 1 DE DICIEMBRE DE 1989, SU CONDICION FUE AJUSTE A RESIDENTE PERMANTE LEGAL.)

6. YOU WERE, ON NOVEMBER 21, 1990, CONVICTED IN THE SUPERIOR COURT, STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF SAN DIEGO, FOR THE OFFENSE OF TRANSPORTATION OF METHAMPHETAMINES, IN VIOLATION OF SECTION 11379, OF THE CALIFORNIA HEALTH AND SAFETY CODE.
   (UD. RESULTO CONVICTO EL 21 DE NOVIEMBRE, 1990, EN EL TRIBUNAL SUPERIOR, ESTADO DE CALIFORNIA, EN Y POR EL CONDADO DE SAN DIEGO, POR EL DELITO DE TRANSPORTACION DE METHAMPHETAMINES, EN VIOLACION DE LA SECCION 11379, DEL CODIGO DE SALUD Y SEGURIDAD DE CALIFORNIA.)

ACAP/RCVD

83

Form I-221 (Rev. 6/12/92) N     Page 1

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

Continuation Sheet
(Hoja complementaria)

Respondent (Demandado): ARCE-MARTINEZ, ELFEGO
AKA:
Dated (Fechada): OCTOBER 17, 1995
File No. (No. de registro): A90 885 092

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:
(Y según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposicion(es) de la ley:)

SECTION 241(A)(2)(A)(III) OF THE IMMIGRATION AND NATIONALITY ACT (ACT), AS AMENDED, IN THAT, AT ANY TIME AFTER ENTRY, YOU HAVE BEEN CONVICTED OF AN AGGRAVATED FELONY AS DEFINED IN SECTION 101(A)(43) OF THE ACT.

(SECCION 241(A)(2)(A)(III) DE LA LEY DE INMIGRACION Y NACIONALIDAD (INA), SEGUN ENMENDADA, EN QUE, EN ALGUN MOMENTO DESPUES DE SU ENTRADA, UD. HA RESULTADO CONVICTO DE UNA FELONIA AGRAVADA, SEGUN SE DEFINE EN LA SECCION 101(A)(43) DE LA INA.)

WHEREFORE, YOU ARE ORDERED to appear for a hearing before an Immigration Judge of the Executive Office for Immigration Review of the United States Department of Justice at:
(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del Departamento de Justicia de los Estados Unidos en:)

COURT TIME DATE TO BE SET BY E.O.I.R. STAFF IN IMPERIAL CA.

Address (Dirección)
On (Fecha)       At (Hora)       m.

and show cause why you should not be deported from the United States on the charge(s) set forth above.
(y mostrar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados anteriormente.)

Dated (Fechada): OCTOBER 17, 1995
Signature of Issuing Officer (Firma del funcionario que la expide): HECTOR [signature]

Title of Issuing Officer (Título del funcionario que la expide): OFFICER IN CHARGE FOR DETENTION AND DEPORTATION, EL CENTRO, CA.

City and State of Issuance (Ciudad y Estado donde se expide): EL CENTRO, CA.

Form I-221 (Rev. 6/12/92) N

Page 84

| | |
|---|---|
| This Order to Show Cause shall be filed with the Immigration Judge of the Executive Office for Immigration Review at the address provided below. You must report any changes of your address or telephone number in writing to this office: | Debe presentar esta Orden de Presentar Motivos Justificantes a la Oficina Ejecutiva de Revisión de Inmigración en la siguiente dirección. Debe notificar cualquier cambio de su domicilio o número de teléfono por escrito a: |

**The Office of the Immigration Judge**

1115 IMPERIAL AVE

EL CENTRO, CA 92243

---

### Certificate of Translation and Oral Notice

This Order to Show Cause ☐ was  ☒ was not  read to the named alien in the _____SPANISH_____ language, which is his/her native language or a language which he/she understands.

10/24/95 _____ /s/ _____ R C BARRANCO   DPO
Date            Signature                              Printed Name and Title of Translator

Address of Translator (if other than INS employee) or office location and division (if INS employee)
TRANSLATOR NOT AVAILABLE/DOCUMENT READ BY ALIEN
(If oral notice was not provided please explain)

| Manner of Service | Alien's Right Thumb Print |
|---|---|
| ☐ Personal Service to Alien  XXX<br>☐ Certified Mail – Return Receipt Requested<br>XXX<br>☒ Alien<br>☐ Counsel of Record | [thumbprint] |

### Certificate of Service

This Order to Show Cause was served by me at ___EL CENTRO, CA___ on ___10/24/95___ 19___
at ___3 P___ m.

/s/ _____   _____   DEPORTATION OFFICER   ECC/SPC
Officer's Signature          Printed Name          Title                  Office

DIEGO APCE
Alien's Signature (acknowledgment/receipt of this form)
(Firma de extranjero/acuse de recibo)

---

### Request for Prompt Hearing and Waiver of 14-Day Minimum Period
*(Solicitud de audiencia inmediata y renuncia al plazo mínimo de 14 días)*

To expedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
*(Para agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 días.)*

_____                              10.24.95
Signature of Respondent                            Date
*(Firma de demandado)*                             *(Fecha)*

85