1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Elfego Arce-Martinez

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO. 07CR3207-DMS |
| Plaintiff,  ) | DATE:     March 7, 2008 |
|   ) | TIME:     11:00 a.m. |
| v.  ) |  |
|   ) | **DECLARATIONS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE INDICTMENT DUE TO INVALID DEPORTATION** |
| **ELFEGO ARCE-MARTINEZ,**  ) |  |
|   ) |  |
| Defendant.  ) |  |
|   ) |  |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

   Defendant Elfego Arce-Martinez, by and through counsel, Jennifer L. Coon and Federal Defenders of San Diego, Inc., hereby submits the following declarations in support of defendant's motion to dismiss the indictment due to invalid deportation.

                                   Respectfully submitted,

DATED:   February 27, 2008         */s/ Jennifer L. Coon*
                                   **JENNIFER L. COON**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Arce-Martinez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Court

Copy Christopher Alexander via ECF/NEF

Dated: February 27, 2008

      /s/ Jennifer L. Coon
JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Jennifer_Coon@fd.org