1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: jennifer_coon@fd.org

5 Attorneys for Mr. Elfego Arce-Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,           )    CASE NO. 07CR3207-DMS
                                       )
12            Plaintiff,               )    DATE:       March 7, 2008
                                       )    TIME:       11:00 a.m.
13 v.                                  )
                                       )    DECLARATION  OF  PETRA  RAMON-
14 **ELFEGO ARCE-MARTINEZ,**           )    CALVILLO
                                       )
15            Defendant.               )
                                       )
16 _____ )

17

18        I, Petra Ramon-Calvillo, declare under penalty of perjury:

19        1.       I am the wife of defendant Elfego Arce-Martinez, and make this declaration in support of a

20 motion filed by his attorney.

21        2.       I married Elfego Arce-Martinez in June 1978, in Mexico. At the time, I was 18 years old, and

22 Mr. Arce-Martinez was 23 years old. Attached as Exhibit A is a true and correct copy of my marriage

23 certificate.

24        3.       Mr. Arce and I came to the United States in August 1978, and settled in the San Ysidro area.

25 We later moved to Oceanside. Mr. Arce and I both applied for amnesty in approximately 1987, and were

26 granted temporary residence in approximately 1988 and lawful permanent residence in approximately 1989.

27 Attached as Exhibit B is a true and correct copy of my permanent resident card, showing that I have been a

28 lawful permanent resident since September 29, 1989.

1    4.    Mr. Arce lived continuously in the United States from at least 1987, when he applied for

2  temporary residence, until his deportation in 1996. During this time period, he worked steadily for the Pepper

3  Tree Nursery for many years.

4    5.    Mr. Arce and I have four children and five grandchildren, each of whom are U.S. citizens born

5  in the United States. Our children are Eugenio Arce, born March 31, 1979; Jaime Arce, born June 13, 1982;

6  Elizabeth Arce, born September 3, 1987; and Daisy Arce, born June 16, 1989. In addition, Eugenio has two

7  children and Jaime has three children, and Elizabeth is expecting a daughter this spring.

8    6.    Mr. Arce and I separated in late 1995, after deportation proceedings against him had begun.

9  At the time, he was anguished over his pending deportation, which created problems and stress in our

10  relationship and was a factor in our separation. We have been separated ever since. However, we are still

11  legally married. I decided to stay in the United States because that is where my children's future is. If Mr.

12  Arce had been able to stay in the United States, I would have considered reuniting with him. In fact, I have

13  always held out hope that we could be together again, and that is the reason that I have never filed for divorce.

14    7.    Prior to his deportation, Mr. Arce was a hard worker, a good provider, and a good husband and

15  father. I never had to work. He financially provided for the family so that I could stay home and care for the

16  children. In addition to working, he also helped me with cooking, grocery shopping, laundry, and other

17  household chores, and was always spending time with the children.

18    8.    In approximately 1990, Mr. Arce was taken into state custody. While he was in custody, he

19  missed the family terribly and constantly worried about us. He would call us at least once a day and wrote

20  letters to us several times a week.

21    9.    The children and I also diligently visited Mr. Arce in prison. When he was at Donovan state

22  prison, I would take all four children to visit him every Saturday. Because we did not have a car, we had to

23  get up at 4:30 a.m., walk two miles to the bus stop in Oceanside, take the 5 a.m. bus to La Jolla, transfer to

24  a bus to downtown, and then take the trolley to San Ysidro in time to catch an 8 a.m. bus to the prison. On

25  the return trip, we had to wait downtown until 7 p.m. to catch a Greyhound bus back to Oceanside, and then

26  walk two miles from the bus stop to our home in the dark. We often arrived home after 9 p.m. at night. I

27  made this trip every Saturday with all of my four children so that they could see their father. Despite the

28  hardship of the trip, all four children were eager to go and would look forward to the trip because they loved

1 | and missed their father so much. In addition, I made this trip every Wednesday with my son Jaime, who

2 | skipped school every week to accompany me, so that I could see my husband more often. Later, when he was

3 | moved to the prison at Jamestown, in the Modesto area, I took the children on the Greyhound bus to see him

4 | every month.

5 |     10.    After Mr. Arce was deported in 1996, our family suffered emotionally. The children missed

6 | their father very much. He continued to call us weekly, but we were only able to visit him in Mexico once.

7 | We were not able to visit him more often because I did not have the money to do so. If I had had the money,

8 | I would have regularly taken the children to see their father.

9 |     11.    The deportation also caused our family to suffer financially. I had never worked before, and

10 | I struggled to make ends meet. After the deportation proceedings began, the children and I moved to Nevada

11 | for a few months to live with a family friend, and then returned to the San Diego area and moved in with my

12 | brother, in an effort to save money. However, my brother subsequently moved out and I had to pay the rent

13 | by myself. I tried to support the family by getting a job doing piecework for a florist. I was paid by the piece

14 | and made less than minimum wage. In addition, it was difficult for me to leave my children, who were still

15 | young. I often woke up at 4 a.m., cook the family's meals and make the house ready, then leave for work,

16 | work all day, and return home at about 10 p.m.

17 |     12.    This declaration has been translated to me into the Spanish language and I adopt it as my own.

18 |     I swear under penalty of perjury that, to the best of my knowledge and memory, the foregoing is true

19 | and correct.

20 |

21 | DATED:    February 27, 2008

    PETRA RAMON-CALVILLO

22 |

23 |

24 |

25 |

26 |

27 |

28 |

# EXHIBIT A

In the name of the free and sovereign state of Guerrero and like official of the Civil Register of this place, I certify that in book number one of the Civil Register under my charge, in the Foja number 58 you find the following certificate.

## MARRIAGE CERTIFICATE

In Cd. Altamirano state of Guerrero at eleven hours of the 9th day of June of nineteen seventy-eight, before me Napoleon Mercado Diaz Matrimony Civil Register Official of Sociedad Conyugal, Elfego Arce and Petra Ramon presented the following information dated June 8, 1978 in accordance with the application.

| | GROOM | BRIDE |
|---|---|---|
| Age: | 23 years old | 18 years old |
| Occupation: | Farmer | Homemaker |
| Address: | Pungarabato Pte. S.N. | San Jeronimo Mich. |
| Marital Status: | Single | Single |
| Origin: | Zacapuato Gro. | San Jeronimo Mich. |
| Nationality: | Mexicana | Mexicana |

### GROOM'S PARENTS

| | | |
|---|---|---|
| Name: | Encarnacion Arce | Amadea Martinez |
| Occupation: | Farmer | Homemaker |
| Origin: | Zacapuato Gro. | Zacapuato Gro. |
| Address: | Pungarabato Pte. | Pungarabato Pte. S.N. |

### BRIDE'S PARENTS

| | | |
|---|---|---|
| Name: | Anselmo Ramon | Cirila Calvillo |
| Occupation: | Farmer | Homemaker |
| Origin: | San Jeronimo Mich. | San Jeronimo Mich. |
| Address: | San Jeronimo Mich. | San Jeronimo Mich. |

### WITNESSES

| | | |
|---|---|---|
| Name: | Constantino Martinez | Luis Valdez |
| Age: | 18 years old | 48 years old |
| Marital Status: | Single | Married |
| Occupation: | | |
| Address: | Conocido | Pungarabato Pte. S.N. |
| Relative: | Cousin | None |
| | | |
| Name: | Juan Manuel Martinez | Juventino Martinez |
| Age: | 20 years old | 40 years old |
| Marital Status: | Single | Married |
| Occupation: | Businessman | Employee |
| Address: | Conocido | |
| Relative: | None | None |

This application for marriage was read aloud, it contains the conjugal regimen to which they will submit themselves, in agreement with the items presented: medical certificates of health, formalities practiced and other documents; and with a previous advertence to say the truth, I interrogated the witnesses regarding whether the couple contracting matrimony were the same people referred to in the application and if they can be certain that they have no legal impediments against their marriage and they answered affirmatively.  Then I asked these people

ELFEGO ARCE MARTINEZ Y PETRA RAMON CALVILLO

If it is their will to contract matrimony, and being in conformity and fulfilling the requirements that are established in the Civil Code I declared them to be united under the name of the law and of society.  Having read this act to the persons involved in this, those who know, have ratified and signed, adding to the respective appendice with the annotations of law, the aforementioned documents: I assert, - seven illegible signatures - two fingerprints, one state seal. - matrimony of Elfego Arce Martinez. - and Petra Ramon Calvillo. - two squares. - two fingerprints. - one seal.

This is a faithfully taken copy from the original that by request of an interested party was issued in this city Altamirano, Mina district, State of Guerrero, on the fifth day of the month of January, Nineteen eighty-three.

Authorized by the official of the Civil Registry

Tirso Castillo Molina

comparison

Fabiola Palacios M.

I, Arnoldo Lovio, hereby certify that I am competent to translate from the

Spanish language into English and that the above attached document is an

accurate translation of the original document.


Arnoldo Lovio
U.S. Immigration & Naturalization Service
880 Front Street
San Diego, CA   92188

4/13/83

103



ME OFICIAL DEL REGISTRO CIVIL DE ESTE LUGAR, CERTIFICO QUE EN EL LIBRO MATRIMONIOS NUMERO UNO _ DEL REGISTRO CIVIL QUE ES A MI CARGO, A LA FOJA_ NUMERO 58 _ SE ENCUENTRA ASENTADA UNA ACTA DEL TENOR SIGUIENTE:

GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE GUERRERO

PODER EJECUTIVO

# ACTA DE MATRIMONIO

EN CD. ALTAMIRANO _ = _ ESTADO DE GUERRERO A LAS 11.00 HORAS = = = DEL DIA 9 NUEVE = = = DE JUNIO = DE MIL NOVECIENTOS SETENTA Y = = OCHO = = = COMPARECEN ANTE MI NAPOLEON MERCADO DIAZ = = OFICIAL DEL REGISTRO CIVIL PARA CONTRAER MATRIMONIO BAJO EL REGIMEN DE SOCIEDAD CONYUGAL = = = LOS SEÑORES: ELFEGO ARCE Y PETRA RAMON = = = = = DE ACUERDO CON LA SOLICITUD Y DOCUMENTOS QUE PRESENTARON CON FECHA 8 DE JUN. _ 78 = = = LOS CUALES TIENEN LOS SIGUIENTES DATOS:

| | DEL CONTRAYENTE | DE LA CONTRAYENTE |
|---|---|---|
| EDAD: | 23 AÑOS. | 18 AÑOS. |
| OCUPACION: | AGRICULTOR. | LABORES DEL HOGAR. |
| DOMICILIO: | PUNGARABATO PTE. S/N. | SAN JERONIMO, MICH. |
| ESTADO CIVIL: | SOLTERO | SOLTERA |
| ORIGEN: | ZACAPUATO, GRO. | SAN JERONIMO, MICH. |
| NACIONALIDAD: | MEXICANA | MEXICANA. |

## PADRES DEL CONTRAYENTE

| | | |
|---|---|---|
| NOMBRE: | ENCARNACION ARCE. | AMADEO MARTINEZ. |
| OCUPACION: | AGRICULTOR. | LABORES DEL HOGAR. |
| ORIGEN: | ZACAPUATO, GRO. | ZACAPUATO, GRO. |
| DOMICILIO: | PUNGARABATO PTE. | PUNGARABATO PTE. S/N. |

## PADRES DE LA CONTRAYENTE

| | | |
|---|---|---|
| NOMBRE: | ANSELMO RAMON | CIRILA CALVILLO. |
| OCUPACION: | AGRICULTOR. | LABORES DEL HOGAR. |
| ORIGEN: | SN. JERONIMO, MICH. | SAN JERONIMO, MICH. |
| DOMICILIO: | SN. JERONIMO, MICH. | SAN JERONIMO, MICH. |

## TESTIGOS DE ESTE ACTO

| | | |
|---|---|---|
| NOMBRE: | CONSTANCIO MARTINEZ. | LUCIO VALDEZ. |
| EDAD: | 18 AÑOS. | 48 AÑOS. |
| ESTADO CIVIL: | SOLTERO. | CASADO. |
| OCUPACION: | MATARIFE. | TABLAJERO. |
| DOMICILIO: | CONOCIDO. | PUNGARABATO PTE. |
| PARENTESCO: | PRIMO. | NINGUNO. |

| | | |
|---|---|---|
| NOMBRE: | JUAN MANUEL MARTINEZ | JUVENTINO MARTINEZ. |
| EDAD: | 20 AÑOS. | 40 AÑOS. |
| ESTADO CIVIL: | SOLTERO. | CASADO. |
| OCUPACION: | COMERCIANTE. | EMPLEADO. |
| DOMICILIO: | CONOCIDO. | CONOCIDO. |
| PARENTESCO: | NINGUNO. | NINGUNO. |

EL DIRECTOR GENERAL DEL REGISTRO CIVIL

DIRECCION GENERAL DEL REGISTRO CIVIL
Chilpancingo, Gro.

MAS DERECHOS DE EXPEDICION

B No. 164336

VALOR DE LA HOJA $ 15.00

447-714

153

"ESTE DOCUMENTO ES NULO SI LLEVA TACHADURAS O ENMENDADURAS"

Se dió lectura en voz alta a la solicitud de matrimonio, conteniendo el régimen conyugal al que se

someterán, convenio sobre bienes presentados, certificados médicos de salud, diligencias practicadas y demás do-

cumentos y previa protesta de decir verdad, interrogué a los testigos acerca de si los contrayentes son las mismas

personas a que se refiere la solicitud y les consta que no tienen impedimento legal para casarse y contestaron

afirmativamente. En seguida pregunté a los señores

ELFEGO ARCE MARTINEZ Y PETRA RAMON CALVILLO = = = = = = = = = = =
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

Si es su voluntad unirse en matrimonio y estando conformes y llenando los requisitos que establece el Código Civil

los declaré unidos en nombre de la Ley y de la Sociedad. Leída esta acta a las personas que en ella intervienen

la ratifican y firman los que saben, agregándose al apéndice respectivo con las anotaciones de Ley, los documen-

tos mencionados. DOY FE.– FIRMA ILEGIBLE.–OTRA FIRMA ILEGIBLE.–OTRA FIR-
MA ILEGIBLE.–HERMELANDO PUEBLA.– RUBRICADO.–PETRA RAMON.–RUBRICA-
DA.– FIRMA ILEGIBLE.–JUAN MANUEL MARTINEZ.– RUBRICADO.–LUIS VALDEZ
Y.– RUBRICADO.–ANSELMO RAMON.–HUELLA DIGITAL.– OTRA HUELLA DIGITAL.
OTRA HUELLA DIGITAL.= = = = = = = = = = = = = = = = = = = = = = ===
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
MARGINALES: UN ESCUDO DEL ESTADO.–PODER EJECUTIVO DEL ESTADO.–GUE-
RRERO.– DIRECCION GENERAL DEL REGISTRO CIVIL.– MATRIMONIO DE ELFE-
GO ARCE MARTINEZ Y PETRA RAMON CALVILLO.– DOS HUELLAS DIGITALES.–
EL.– ELLA.– UN SELLO CON EL ESCUDO NACIONAL QUE DICE: "ESTADOS UNI-
DOS MEXICANOS".– JUZGADO DEL REGISTRO CIVIL.– CD. ALTAMIRANO, GRO.
ES COPIA FIELMENTE TOMADA DE SU ORIGINAL QUE SE EXPIDE A SOLICITUD
DE PARTE INTERESADA PARA LOS USOS LEGALES QUE A SUS DERECHOS CON-
VENGAN, EN LA CIUDAD DE ALTAMIRANO, CABECERA DEL MUNICIPIO DE PUN.
GARABATO, DISTRITO JUDICIAL DE MINA? ESTADO DE GUERRERO, a LOS DIEZ
DIAS DEL MES DE JUNIO DE MIL NOVECIENTOS OCHENTA Y TRES. = = =@ ==

AUTORIZO:
EL OFICIAL O AGENTE DEL REGISTRO CIVIL.

NARCISO CASTILLO MOLINA.

OFICIALIA DEL REGISTRO CIVIL
CIUDAD ALTAMIRANO, GRO.

C O T E J O

RAMON MENDOZA WENCES.

# EXHIBIT B

## PERMANENT RESIDENT CARD

NAME RAMON ARCE, PETRA

INS A# 090-885-093

Birthdate   Category   Sex
12/04/60   W16     F

Country of Birth
Mexico

CARD EXPIRES 01/10/11

Resident Since 09/29/89






```
C1USA0908850937WAC0016350106<<
6012041F1101100MEX<<<<<<<<<<0
RAMON<ARCE<<PETRA<<<<<<<<<<<<
```