```
 1  JENNIFER L. COON
    California State Bar No. 203913
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: jennifer_coon@fd.org

 5  Attorneys for Mr. Elfego Arce-Martinez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3207-DMS |
|---|---|---|
| Plaintiff, | ) | DATE: March 7, 2008 |
| | ) | TIME: 11:00 a.m. |
| v. | ) | |
| | ) | DECLARATION OF JAIME ARCE |
| ELFEGO ARCE-MARTINEZ, | ) | |
| Defendant. | ) | |

I, Jaime Arce, declare under penalty of perjury:

1.  I am a son of defendant Elfego Arce-Martinez, and make this declaration in support of a motion filed by his attorney.

2.  I was born on June 13, 1982, in the United States, and am a U.S. citizen. I am currently a supervisor at a heating and air conditioning company, where I have worked for more than eight years. I am married and have three children.

3.  I was 14 years old when my father, Mr. Arce, was deported. Before his deportation, he was a good father. He was a good financial provider for the family and he loved to spend time with me and my brother and sisters. I remember that one Christmas, he couldn't afford the toys that my brother Eugenio and I really wanted. He knew that we were disappointed when we saw our gifts on Christmas morning. However, the next day, when he got paid, he immediately gave money to my brother and me so that we could buy the

1 toys we wanted.  He was also a good role model, and encouraged me to work hard, take care of my mother
2 and little sisters, and stay out of trouble.

3     4.    When my father was in jail, my family and I would regularly visit him.  When he was at
4 Donovan state prison, I would miss school every Wednesday to go see him with my mother, and go every
5 Saturday with the whole family.  I remember how we had to get up so early, walk miles to the bus stop, and
6 take a series of buses and trolleys in order to see him, and then return home late at night.  Nevertheless, I
7 looked forward to the trips because I loved to see my father.  Later, when he was moved to the prison at
8 Jamestown, in the Modesto area, my family and I took the Greyhound bus to see him every month.

9     5.    After my father was deported, the family suffered financially and emotionally.  We had to
10 move to Nevada for a few months and then returned to the San Diego area.  Although I had previously done
11 well in school, with a 3.6 grade point average in my freshman year of high school, I started to do poorly in
12 school.  I barely passed my classes, and had to go to night school and summer school in order to graduate.
13 As a result, I did not go to college.  My mother was working all the time, and was gone from the house from
14 early morning until late at night, so I had little supervision during my teenage years.  In addition, I started
15 working as soon as I was able to, in order to help my mother and relieve the family's financial pressures.  I
16 began working at age 16, and worked at restaurants for the next six years.  My older brother Eugenio also
17 worked in an effort to help the family.

18     6.    I still love and miss my father very much.  I have three children of my own now, and although
19 they do not know their grandfather very well, they miss him and ask him about him all the time.

20     I swear under penalty of perjury that, to the best of my knowledge and memory, the foregoing is true
21 and correct.

23 DATED:    February 27, 2008                              _____
24                                                         JAIME ARCE