1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Elfego Arce-Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,      )    CASE NO. 07CR3207-DMS
                                   )
12              Plaintiff,         )    DATE:      March 7, 2008
                                   )    TIME:      11:00 a.m.
13  v.                             )
                                   )    DECLARATION OF ELIZABETH ARCE
14  **ELFEGO ARCE-MARTINEZ,**      )
                                   )
15              Defendant.         )
                                   )
16  _____)

17

18      I, Elizabeth Arce, declare under penalty of perjury:

19      1.      I am a daughter of defendant Elfego Arce-Martinez, and make this declaration in support of

20  a motion filed by his attorney.

21      2.      I was born on September 3, 1987, in the United States, and am a U.S. citizen. I am currently

22  expecting my first child, a daughter, in early May.

23      3.      I was 8 years old when my father, Mr. Arce, was deported. Before his deportation, he was a

24  good father. He was a good financial provider for the family and he loved to spend time with me and my

25  brother and sisters. I remember that he used to take me and my siblings to the swap meet every Sunday

26  because we liked to go. I also remember that whenever my siblings and I got in trouble, we would run to our

27  father because he was soft-hearted.

28      4.      When my father was in jail, my family and I would regularly visit him. I remember that we

1  had to get up early to take the bus to see him.  Although it was a long trip, I looked forward to it because I

2  loved and missed my father.  He also used to call us often, and I was excited when he called.

3      5.      After my father was deported, the family suffered.  I particularly remember that in school on

4  Father's Day, all of the children would make notes and cards, but I didn't have anyone to give them to.  I

5  missed my father very much.

6      6.      I still love and miss my father very much.  I am expecting my first child, a daughter, in May.

7  I wish that my father could meet the baby and play with her.  I know that he will be a wonderful grandfather.

8      I swear under penalty of perjury that, to the best of my knowledge and memory, the foregoing is true

9  and correct.

10

11  DATED:      February 27, 2008

     ELIZABETH ARCE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28