**JENNIFER L. COON**
California State Bar No. 203913
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: jennifer_coon@fd.org

Attorneys for Mr. Elfego Arce-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELFEGO ARCE-MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 07CR3207-DMS <br><br> DATE:   March 7, 2008 <br> TIME:   11:00 a.m. <br><br> DECLARATION OF DAISY ARCE |

I, Daisy Arce, declare under penalty of perjury:

1. I am a daughter of defendant Elfego Arce-Martinez, and make this declaration in support of a motion filed by his attorney.

2. I was born on June 16, 1989, in the United States, and am a U.S. citizen.

3. I was 6 years old when my father, Mr. Arce, was deported. Before his deportation, he was a good father. As the youngest, I was daddy's little girl. He took me everywhere. I loved spending time with him. I remember that my father and brothers used to watch sports on television together with their shirts off, and I wanted to participate so badly that I would try to take my shirt off too.

4. When my father was in jail, my family and I would regularly visit him. Although I was very little, I remember that we had to get up early to take the bus to see him. Although it was a long trip, I looked forward to it because I loved and missed my father. He also used to call us often, and I was excited when he

called.

5. After my father was deported, the family suffered. I missed my father very much, and I still love and miss him.

I swear under penalty of perjury that, to the best of my knowledge and memory, the foregoing is true and correct.

DATED: February 27, 2008

_____
DAISY ARCE