# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ELFEGO ARCE-MARTINEZ,

          Defendant.

CASE NO. 07CR3207-DMS

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8 USC 1326(a) and (b).__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: March 7, 2008

DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal on 3/10/08

United States Marshal

By: _____
USMS Criminal Section